UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

KODY BRACE,

        Plaintiff,

v.

JEREMY BEAN, et al.,

        Defendants.

Case No. 2:24-cv-02225-CDS-EJY

**ORDER**

On November 27, 2024, Plaintiff submitted a Civil Rights Complaint under 42 U.S.C. § 1983 along with exhibits.  ECF Nos. 1-1, 1-2.  Plaintiff neither paid the $405 filing fee nor submitted an application to proceed *in forma pauperis*, one of which is necessary to commence a civil action.  If Plaintiff wants to proceed without prepaying the filing fee he may do so under 28 U.S.C. § 1915(a) and Local Rule LSR 1-2.

To apply for *in forma pauperis* status, Plaintiff must submit **three** required documents to the Court including: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (*i.e.* page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Accordingly, IT IS HEREBY ORDERED that on or before **February 28, 2025**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate and information and instructions for filing the same.

1       IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1)

2 but will not file it at this time.

3       IT IS FURTHER ORDERED that failure to pay the $405 filing fee or file a complete

4 application to proceed *in forma pauperis* on or before **February 28, 2025**, will result in a

5 recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows

6 Plaintiff to file his case with the Court, under a new case number, when he is able to comply with

7 LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

8       Dated this 22nd day of January, 2025.

9

10

11 ELAYNA J. YOUCHAH
    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28