# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kody Brace, | Case No.: 2:24-cv-02225-CDS-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| Jeremy Bean, *et al*., | |
| Defendants. | |

On January 22, 2025, the Court issued an Order directing Plaintiff to file a complete application to proceed *in forma pauperis* ("IFP") or pay the $405 filing fee by February 28, 2025. ECF No. 3. On February 21, 2025, Plaintiff filed a Motion for Court Order directing High Desert State Prison to produce his six months financial certificate as it has been over 3 months since his request. ECF No. 5. The Court denies Plaintiff's Motion; however, in light of Plaintiff's Motion, the Court grants him an extension of time until **April 30, 2025**, to submit a complete IFP application attaching all required documents.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Court Order directing High Desert State Prison to produce his financial certificate (ECF No. 5) is DENIED.

IT IS FURTHER ORDERED that on or before **April 30, 2025**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed in Forma Pauperis for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that failure to timely comply with this Order will result in a recommendation to dismiss this action without prejudice.

1

1      IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved

2  form application to proceed *in forma pauperis* for inmate along with the information and

3  instructions for filing the same.

4      Dated this 12th day of March, 2025

5

6

7                ELAYNA J. YOUCHAH

8                UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28